IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA,
WEST PALM BEACH

COMPREHENSIVE HEALTH CARE SYSTEMS OF THE PALM BEACHES, INC., a Florida corporation, individually and as the representative of a class of similarly-situated persons,

        Plaintiff,

v.

SPECTRUM SOFTWARE SOLUTIONS, INC.,

        Defendant.

Case No. 9:17-cv-80559

Judge Donald M. Middlebrooks

Mag. Judge Dave Lee Brannon

### PLAINTIFF'S RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Comprehensive Health Care Systems of the Palm Beaches, Inc., by undersigned counsel hereby voluntarily dismisses its complaint without prejudice, as to Defendant Spectrum Software Solutions, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i).

July 27, 2017

Respectfully submitted,

COMPREHENSIVE HEALTH CARE SYSTEMS OF THE PALM BEACHES, INC., a Florida Corporation, individually and as the representative of a class of similarly-situated persons,

By: /s/ Phillip A. Bock

P.O. Box 416474
Miami Beach, FL 33141
Telephone: 312-658-5500
Facsimile: 312-658-5555

Phillip A. Bock (FL 93985)
James M. Smith (admitted *pro hac vice*)
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, states that, on July 27, 2017, he caused a copy of the attached to be served on the parties listed below by depositing the same in the U.S. mail at 134 N. La Salle St., Chicago IL 60602 with proper postage prepaid and addressed as follows:

Spectrum Software Solutions, Inc.
6562 Ridings Road
Syracuse, NY 13206

                                                                   /s/ Phillip A. Bock
                                                                   One of Plaintiff's attorneys